Law Office of Howard A. Gutman
10 Sanctuary Lane
Farmingdale, New Jersey 07727
Phone (973) 598-1980
Fax (973)531-4110 Cell (973)479-5515
ID # 014971982
Attorney for Plaintiff

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

**January 31, 2025**

---

Salvatore Soriano,

United States District Court
District of New Jersey
Civil Action No.2:24-cv-10531

CHW Group, Inc., also know as
or d/b/a Choice Home Warranty
John Doe 1-3

Notice of Dismissal with Prejudice

      Defendant,

---

Pursuant to Federal Rule 41, with the matter having been amicably adjusted,

plaintiff hereby dismisses the within matter.

Dated: January 30, 2025

*Howard Gutman*
_____
Howard A. Gutman
Attorney for Plaintiff

1